

## Personal Information

Name: STEVEN WILLIAM HABERMAN

SSN:
Date of Birth:

You have been on our files since 09/1995

Address: 3001 PEACHTREE LN.
PLANO, TX 75074

Date Reported: 05/2006

Address: 718 N. PECAN WY.
NATCHEZ, MS 39120

Date Reported: 10/2001

Address: 1027 BENTWATER PY.
CEDAR HILL, TX 75104

## Public Records

## Account Information

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

Exhibit "B"

POB 8803



## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).





**NATIONAL CITY MORTGAGE**
3980 CHICAGO DR
SW SUITE 210
GRANDVILLE , MI 49418
(888) 533-5363

Requested On: 06/2010

**NATIONAL CITY MORTGAGE**
3980 CHICAGO DR
SW SUITE 210
GRANDVILLE , MI 49418
(888) 533-5363

Requested On: 05/2010

**NATIONAL CITY MORTGAGE**
3980 CHICAGO DR
SW SUITE 210
GRANDVILLE , MI 49418
(888) 533-5363

Requested On: 04/2010