**Jim Manchee**

---

**From:** Jim Manchee [mailto:jim@mancheelawfirm.com]
**Sent:** Saturday, June 26, 2010 11:33 AM
**To:** 'Brian Engel'
**Cc:** 'stacie@mancheelawfirm.com'
**Subject:** Steven Haberman v. National City Mortgage

Brian,

Here are the facts on this one.

Steven Haberman
National City Mortgage
Account#4330005290569
1027 Bentwater Parkway Cedar Hill, Texas 75104

August 21, 2008 – client files chapter 7 bankruptcy

August 24, 2008 – 341 notices are sent to creditors

December 19, 2008 – client is discharged from chapter 7 bankruptcy

August 4, 2009 – property is foreclosed and sold

April 2010 – National City Mortgage impermissibly pulled clients credit report

May 2010 – National City Mortgage impermissibly pulled clients credit report

June 2010 – National City Mortgage impermissibly pull clients credit report

We have three FCRA violations for pulling my client's credit reports without a permissible purpose after the discharge and foreclosure of the property. My client also has a common law invasion of privacy tort claim. National City had no right to obtain my client's private credit information. The demand is $6,000.00.

Please let me know if we can resolve this pre-suit.

Thanks.


James J. Manchee
Manchee & Manchee, PC.
12221 Merit Drive
Suite 950
Dallas, Texas 75251
972-960-2240
972-628-6410 (direct)
972-233-0713 (fax)

jim@mancheelawfirm.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and

1 Exhibit "C"

confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.