TransUnion                                                    https://annualcreditreport.transunion.com/products/single/viewPrintableR...

## Personal Information

**File Number:** 
**Date Issued:** 05/10/2011

**Name:** STEVEN WILLIAM HABERMAN

**SSN:**
**Date of Birth:**
**Telephone:**

You have been on our files since 09/1995

Your SSN is partially masked for your protection

### CURRENT ADDRESS

Address:
Date Reported:

### PREVIOUS ADDRESSES

Address:
Date Reported:
Address:

### EMPLOYMENT DATA REPORTED

Employer Name:
Date Verified:

Employer Name:
Date Reported:

Employer Name:
Date Reported:

Employer Name:
Date Reported:

Position:
Date Hired:

Position:
Date Hired:

Position:
Date Hired:

Position:
Date Hired:

Special Notes: The display of your Social Security number has been abbreviated and your account numbers have been modified in this report for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report. Also if any item on your credit report begins with 'MED1', it includes medical information and the data following 'MED1' is not displayed to anyone but you except where permitted by law.

## Public Records

The following items obtained from public records appear on your report. You may be required to explain public record items to potential creditors. Any bankruptcy information will remain on your report for 10 years from the date of the filing. Unpaid tax liens may generally be reported for an indefinite period of time depending on your state of residence. Paid tax liens may be reported for 7 years from date of payment. All other public record information, including discharged chapter 13 bankruptcy, remains for up to 7 years. The amount listed on the public record is not a balance. The amount reflects the original amount of the public record item.



## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

## Adverse Accounts

Exhibit "D"

TransUnion  https://annualcreditreport.transunion.com/products/single/viewPrintableR...



### Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. These inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to other insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).



**NATIONAL CITY MORTGAGE**
3980 CHICAGO DR  Requested On:  01/2011
SW SUITE 210
GRANDVILLE, MI 49418
(888) 533-5363



**NATIONAL CITY MORTGAGE**
3980 CHICAGO DR
SW SUITE 210
GRANDVILLE , MI 49418
(888) 533-5363

**Requested On:** 11/2010



**NATIONAL CITY MORTGAGE**
3980 CHICAGO DR
SW SUITE 210
GRANDVILLE , MI 49418
(888) 533-5363

Requested On: 09/2010

**NATIONAL CITY MORTGAGE**
3980 CHICAGO DR
SW SUITE 210
GRANDVILLE , MI 49418
(888) 533-5363

Requested On: 08/2010

**NATIONAL CITY MORTGAGE**
3980 CHICAGO DR
SW SUITE 210
GRANDVILLE , MI 49418
(888) 533-5363

Requested On: 06/2010

**NATIONAL CITY MORTGAGE**
3980 CHICAGO DR
SW SUITE 210
GRANDVILLE , MI 49418
(888) 533-5363

Requested On: 05/2010