UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| STEVEN W. HABERMAN | |
| Plaintiff | Civil Action No. 4:11cv126 |
| vs. | |
| | Judge Schneider |
| PNC MORTGAGE COMPANY FKA | |
| NATIONAL CITY MORTGAGE CO. | Magistrate Judge Mazzant |
| A DIVISION OF PNC BANK FKA | |
| NATIONAL CITY BANK | |

## ORDER COMPELLING DISCLOSURE OF DOCUMENTS

The Court, having considered Plaintiff's Motion to Compel Production of Documents, all filings related to this motion, arguments, if any, of counsel and applicable law, is of the opinion the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant produce to Plaintiff the following:

1) The complete "Collections / Customer Service Loan Activity Archive" or any other collection or account log for Plaintiff's account(s) with PNC, specifically including any and all activity on any such accounts from March 1, 2009 through the present;

2) Any and all documents referencing any PNC request of Plaintiff's consumer report from Trans Union or any other credit bureau for his mortgage account or for any other account Plaintiff has or had with PNC; and

3) Any and all other documents requested in Plaintiff's First Set of Requests for Production of Documents Directed to PNC Mortgage Company not already produced.