UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEVEN W. HABERMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 4:11CV-00126 MHS-ALM |
| PNC MORTGAGE COMPANY FKA | ) | |
| NATIONAL CITY MORTGAGE CO. | ) | |
| A DIVISION OF PNC BANK FKA | ) | |
| NATIONAL CITY BANK | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER EXCLUDING TESTIMONY OF ANY EXPERT WITNESS
NOT PROPERLY IDENTIFIED BY DEFENDANT**

The Court, having considered *Plaintiff's Motion In Limine To Exclude Testimony Of Any Expert Witness Not Properly Identified*, all filings related to this motion, arguments, if any, of counsel and applicable law, the Court is of the opinion the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant is excluded from bringing forth testimony of any expert witness, as listed in Defendant's Designation of Expert Witnesses, filed February 10, 2012.