# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 8/13/12

| | |
|---|---|
| **MAGISTRATE JUDGE** | **COURT REPORTER:** Dave Maxwell |
| Amos L. Mazzant | **COURTROOM DEPUTY:** Debbie McCord |

| | |
|---|---|
| STEVEN W. HABERMAN | 4:11CV126 |
| VS. | |
| PNC MORTGAGE, NATIONAL ASSOCIATION | |

| | |
|---|---|
| For Plaintiff: Sylvia Goldsmith, Geoff McCarrell, also Plaintiff and James Manchee | For Defendant: Latosha Payne, David Oliver, Jr. |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Bench Trial |
|---|---|
| 9:04 am | Court calls case, noting appearance of counsel, above, then addressed pending motions in limine. The Court issued rulings. |
| 9:11 am | Opening statements will be skipped. |
| 9:12 am | Plaintiff is sworn in. Background of testimony provided by Plaintiff's counsel. |
| | Direct examination by Ms. Goldsmith. |
| 9:26 am | Plaintiff Exhibit 1, objected to, will be offered at next witness testimony. Plaintiff Exhibit 2, objected to, will be offered at next witness testimony. Plaintiff Exhibit 3 |
| 10:32 am | Court in recess for break. |
| 10:48 am | Court back in session. Direct continues. |
| 11:04 am | Cross examination by Mr. Oliver. |

PAGE 2 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:    Bench Trial |
|---|---|
| 11:35 am | Redirect. |
| 11:55 am | Court in recess for lunch, to return at 1:10 pm. |
| 1:15 pm | Court back in session. Plaintiff witness: Evan Hendricks, sworn in. Direct by Ms. Goldsmith. |
| 2:45 pm | Court in recess for break. |
| 3:01 pm | Cross examination by Mr. Oliver. |
| 3:32 pm | Redirect. |
| 3:36 pm | Court in recess for 10 minutes. |
| 3:53 pm | Court back in session. Next Plaintiff witness is Lynn Romanowski via video deposition. |
| 5:00 pm | Court inquires of counsel regarding tomorrow's testimony. |
| 5:01 pm | Court is in recess. |
|  | Day 2 - August 14, 2012 |
| 9:04 am | Court in session. |
| 9:10 am | Video of Lynn Romanowski continues. |
|  | Counsel decided to read deposition. |
| 10:09 am | Reading concluded. The Court noted that Plaintiff and Defendant's examination. |
|  | Plaintiff Exhibits 1 - 4 are offered. |
|  | The Court heard objections from Ms. Payne, response by Ms. Goldsmith, and reply by Ms. Payne. |
| 10:30 am | The Court overruled the objections. Exhibits 1 - 4 are admitted. |
| 10:32 am | Ms. Payne responded to the Court. |
| 10:33 am | Court in recess for break. |
| 10:59 am | Court back in session. |
| 11:00 am | Plaintiff witness: Heather Haberman, sworn in. Direct by Ms. Goldsmith. |
| 11:28 am | Cross by Ms. Payne. |
| 11:30 am | Witness steps down. Plaintiff rests. |
| 11:30 am | The Court heard from Ms Payne who made motion for judgment, response and reply from Plaintiff counsel. |
| 12:13 pm | The Court denied Defendant's motion. |

PAGE 3 - PROCEEDINGS CONTINUED:

| TIME: | MINUTES:    Bench Trial |
|---|---|
| 12:15 pm | Court in recess for lunch. |
| 1:33 pm | Court back in session. |
| 1:33 pm | Defense witness, Charlie Englehart, sworn in.  Direct by Mr. Oliver. |
| 1:45 pm | Cross examination. |
| 2:12 pm | Witness steps down.  Defendant offers exhibit, affidavit of Romanowski.  Objection presented, objection sustained. |
|  | Both sides rest. |
| 2:14 pm | Further Findings due Friday, the 17th by 5pm. |
| 2:16 pm | Closing by Plaintiff. |
| 2:41 pm | Closing by Mr. Oliver for Defendant. |
| 2:54 pm | Final word by Ms. Goldsmith for Plaintiff. |
| 2:56 pm | The Court addressed the parties.    Parties have until Friday at 5:00 pm for filing related briefing. |
| 2:57 pm | Court is in recess. |

**DAVID J. MALAND, CLERK**

BY:      Debbie McCord
         Courtroom Deputy Clerk