# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| STEVEN W. HABERMAN | § | |
| | § | |
| V. | § | CASE NO. 4:11cv126 |
| | § | (Judge Mazzant) |
| PNC MORTGAGE COMPANY FKA | § | |
| NATIONAL CITY MORTGAGE CO. | § | |
| A DIVISION OF PNC BANK FKA | § | |
| NATIONAL CITY BANK | § | |

## FINAL JUDGMENT

Pursuant to the Findings of Fact and Conclusions of Law entered on this date, it is hereby

**CONSIDERED, ORDERED** and **ADJUDGED** that Defendant shall pay $1,700 to Plaintiff in damages.

It is further **ORDERED** that Plaintiff is entitled to an award of attorney's fees.

It is further **ORDERED** that all costs are to be paid by Defendant.

All relief not previously granted is hereby DENIED.

**IT IS SO ORDERED.**

**SIGNED this 7th day of September, 2012.**

AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE