# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **STEVEN W. HABERMAN** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:11CV-00126 MHS-ALM |
| **PNC MORTGAGE COMPANY** FKA NATIONAL CITY MORTGAGE CO. A DIVISION OF PNC BANK FKA NATIONAL CITY BANK | ) Magistrate Judge Amos L. Mazzant |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

Plaintiff Steven W. Haberman, through counsel, respectfully moves this Court for an order awarding him his attorneys' fees and reimbursement of litigation expenses in connection with the above-captioned case in which he has prevailed.

A memorandum of law in support of this motion is attached hereto.

Dated: October 12, 2012.                Respectfully submitted,

  /s/ Sylvia A. Goldsmith
Sylvia A. Goldsmith (Admitted *Pro Hac Vice*)
Geoff B. McCarrell, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
Milano Law Building
2639 Wooster Road
Rocky River, Ohio  44116
Telephone:  (440) 934-3025
Facsimile:  (440) 934-3026
Email: sgoldsmith@sgoldsmithlawoffice.com
Email: gmccarrell@sgoldsmithlawoffice.com

William L. Manchee, Esq.
James J. Manchee, Esq.
MANCHEE & MANCHEE, L.L.P.
12221 Merit Drive, Suite 950
Dallas, Texas 75251
Telephone: (972) 960-2240
Facsimile: (972) 233-0713
Email: bill@mancheelawfirm.com
Email: jim@mancheelawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing *Motion for Attorneys' Fees and Reimbursement of Litigation Expenses* is being filed electronically with the United States District Court for the Eastern District of Texas, on this 12th day of October 2012. Notice of this filing will be transmitted to counsel of record by operation of the Court's electronic filing system.

　/s/ Sylvia A. Goldsmith
Sylvia A. Goldsmith, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
*Attorney for Plaintiff*

# CERTIFICATE OF CONFERENCE

Counsel for Mr. Haberman has had communications with counsel for Defendants regarding the substance of the instant motion, namely the viability of resolving the outstanding issue of attorneys' fees and costs per settlement. As the parties are significantly far apart on their figures to do so, Plaintiff understands that Defendant will oppose the relief sought herein to the full extent it has been requested.

  /s/ Sylvia A. Goldsmith
Sylvia A. Goldsmith, Esq.
LAW OFFICE OF SYLVIA A. GOLDSMITH
*Attorney for Plaintiff*