# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| STEVEN W. HABERMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 4:11cv126 |
| | ) | |
| PNC MORTGAGE COMPANY *fka* | ) | Magistrate Judge Mazzant |
| NATIONAL CITY MORTGAGE CO. | ) | |
| A DIVISION OF PNC BANK *fka* | ) | |
| NATIONAL CITY BANK | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

The Court, having considered Plaintiff's *Motion For Attorneys' Fees And Reimbursement Of Litigation Expenses*, *Memorandum in Support* of same, Declaration of Sylvia A. Goldsmith and all attachments thereto, and all other filings related to the motion, arguments, if any, of counsel and applicable law, the Court is of the opinion the Motion should be GRANTED in its entirety.

IT IS THEREFORE ORDERED that, in addition to the $1,700.00 owed to Plaintiff, Steven W. Haberman, from this Court's *Final Judgment* dated September 7, 2012, and within thirty (30) days of the date of execution of this Order, Defendant PNC Mortgage Company shall pay to Plaintiff the total amount of $145,815.02 broken down as follows:

a) $130,605.00 as reasonable attorneys' fees; and

b) $15,210.02 in reimbursement of litigation costs and expenses advances by Plaintiff's counsel.

IT IS FURTHER ORDERED that should Defendant PNC Mortgage Company not pay the afore-Ordered amount within 30 days, Defendant shall pay to Plaintiff Steven W. Haberman interest at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of this judgment.